The State of Ohio, Appellant, *v.* Pierce, Appellee.

[Cite as *State v. Pierce* (1999), 85 Ohio St.3d 1204.]

(No. 98–526—Submitted February 24, 1999—Decided March 31, 1999.)

---

*Ron O'Brien,* Franklin County Prosecuting Attorney, and *Amy H. Kulesa,* Assistant Prosecuting Attorney, for appellant.

*Judith M. Stevenson,* Franklin County Public Defender, *John W. Keeling* and *M. Catherine Kurila,* Assistant Public Defenders, for appellee.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents and would reverse the judgment of the court of appeals.